| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
February 18, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| American Express National Bank, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-21-2973 |
| | § | |
| Robert L. Allen, | § | |
| Defendant. | § | |

## Order of Adoption

On January 19, 2022, Magistrate Judge Peter Bray recommended that the court grant American Express's motion to remand. (13) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. A separate order of remand will issue.

Signed at Houston, Texas, on February 18, 2022.

Lynn N. Hughes
United States District Judge